```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ESTATE OF KEVIN SCHWING,            )
                                    ) Civil Action
              Plaintiff             ) No. 03-cv-04848
                                    )
        vs.                         )
                                    )
THE LILLY HEALTH PLAN;              )
THE ELI LILLY AND COMPANY LIFE      )
INSURANCE AND DEATH BENEFIT PLAN;   )
THE ELI LILLY AND COMPANY HEALTH    )
CARE FLEXIBLE SPENDING PLAN;        )
THE ELI LILLY AND COMPANY           )
DEPENDENT DAY CARE FLEXIBLE         )
SPENDING PLAN;                      )
THE LILLY SEVERANCE PAY PLAN;       )
THE ELI LILLY AND COMPANY           )
HOLIDAY AND VACATION PLAN;          )
THE LILLY DENTALPLUS PLAN;          )
PCS PHARMACY BENEFITS MANAGEMENT    )
SERVICE PROGRAM;                    )
THE LILLY EMPLOYEE SAVINGS PLAN;    )
THE LILLY RETIREMENT PLAN;          )
ELI LILLY AND COMPANY,              )
Individually and as Plan Sponsor,   )
Fiduciary and Administrator of      )
The Lilly Retirement Plan, and      )
The Lilly Severance Pay Plan,       )
and The Eli Lilly and Company       )
Holiday and Vacation Plan, and      )
The Lilly Health Plan, and          )
The Lilly DentalPlus Plan, and      )
PCS Pharmacy Benefits Management    )
Service Program;                    )
THE EMPLOYEE BENEFITS COMMITTEE,    )
As Administrator and Named          )
Fiduciary of The Lilly Retirement   )
Plan, and The Lilly Severance       )
Pay Plan, and The Eli Lilly and     )
Company Holiday and Vacation        )
Plan, and The Lilly Health Plan,    )
and The Lilly DentalPlus Plan,      )
and PCS Pharmacy Benefits           )
Management Service Program; and     )
LILLY GLOBAL SHARES STOCK           )
OPTION PLAN,                        )
                                    )
              Defendants            )
```

O R D E R

NOW, this 28th day of September, 2012, upon consideration of Defendants' Petition for Attorneys' Fees and Costs, which petition was filed September, 30, 2011 (Document 114); upon consideration of Plaintiff, Estate of Kevin Schwing's Response in Opposition to Defendants' Petition for Attorneys' Fees and Costs, which response was filed October 14, 2011 (Document 116); upon consideration of the briefs of the parties; after oral argument held on May 3, 2012; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that Defendants' Petition for Attorneys' Fees and Costs is denied.

BY THE COURT:


/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge